Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

Macon Division

FILED '23 02 06 AM09:20 MDGA-MAC

- Terrance Turner -

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Seaich Corporation, Uriah Kennedy, Human Resources Seaich Corporation, Customer Service Seaich Corporation

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 5:23cv-49
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ✔ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Terrance Turner |
| Street Address | 108 Orchard Lane |
| City and County | Centerville and Houston |
| State and Zip Code | Georgia, 31028 |
| Telephone Number | (703) 348-0547 |
| E-mail Address | SalesProfessional2022@GMail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Uriah Kennedy |
| Job or Title *(if known)* | CEO, President, Co-Founder |
| Street Address | 4375 West 1980 South |
| City and County | Salt Lake City and Salt Lake |
| State and Zip Code | Utah, 84104 |
| Telephone Number | (833) 732-4242 |
| E-mail Address *(if known)* | UKennedy@Seaich.com, CustomerService@Seaich.com |

Defendant No. 2

| | |
|---|---|
| Name | Seaich Corporation |
| Job or Title *(if known)* | Company / Sales Organization |
| Street Address | 4375 West 1980 South |
| City and County | Salt Lake City and Salt Lake |
| State and Zip Code | Utah, 84104 |
| Telephone Number | (833) 732-4242 |
| E-mail Address *(if known)* | HR@Seaich.com, CustomerService@Seaich.com |

Defendant No. 3

| | |
|---|---|
| Name | Greg |
| Job or Title *(if known)* | Seaich Corporation |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Brother Sibling Seaich |
| Job or Title *(if known)* | Seaich Corporation |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: HQ USSOCOM
- Job or Title (if known): ATTN: SOIG
- Street Address: 7701 Tampa Point BLVD
- City and County: MacDill AFB
- State and Zip Code: FL 33621
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Office of Inspector General
- Job or Title (if known):
- Street Address: Central Intelligence Agency
- City and County: District of Columbia
- State and Zip Code: Washington, DC 20505
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: FBI Headquarters
- Job or Title (if known):
- Street Address: 935 Pennsylvania Avenue, NW
- City and County: District of Columbia
- State and Zip Code: Washington, DC 20535
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Trump - White House - Secret Service
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question           [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
UK Maritime Common Law, US Juridiction Common Law, Breach of Contract, US Business Law, US Contract Law, Uniform Commercial Code, Fraud Statutes, Criminal Code, UCMJ, ~
Sec. 802 & Sec 808 H.R. 3162, H.R. 6166
18 U.S.C. § 241, 1592
18 U.S.C. § 371, 18 U.S. Code § 1001, 1040, 1039, 1038, 1032, 1031
2020 Georgia Code Title 16- Crimes and Offenses Chapter 7, 8, 9, 14

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   
   The plaintiff, *(name)* Terrance Turner, is a citizen of the State of *(name)* Georgia.

   b. If the plaintiff is a corporation
   
   The plaintiff, *(name)* Service Zero Professional Services, is incorporated under the laws of the State of *(name)* Georgia, and has its principal place of business in the State of *(name)* Georgia.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   
   The defendant, *(name)* N/A -------- N/A, is a citizen of the State of *(name)* N/A -------- N/A. Or is a citizen of *(foreign nation)* N/A -------- N/A.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* Seaich Corporation, is incorporated under the laws of the State of *(name)* Utah, and has its principal place of business in the State of *(name)* Utah, North America.

Or is incorporated under the laws of *(foreign nation)* N/A -------- N/A, and has its principal place of business in *(name)* Utah, North America.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$5,000,000 USD

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The claim, Uriah Kennedy and Seaich Corporation, as an individual/person and as a company/corporation engage in hostile duress undue-influence business tactics to defraud unsuspecting sales workers in this country. The defedant is sued for punitive damages and unpaid wages, and unpaid future-wages.

The defedant is attempting to force workers into pandemic strain virulent laden areas beyond free will and personal sentience decision making processes that defy individualistic agency. The company does not pay workers to work, demands FULL TIME employee labor-services to return payment after months of effort.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Damages and relief are sought due to the laborous requirement of sales workforce entanglements, leaving a job, and other viable pursuits of employment to "work" this job with Seaich Corporation. The president and ceo individual defedant, demands that the plaintiff pursue this job only, absent other employment-entanglements, and other occupation-committments. They demand free service while performing Tortious Interference.
Relief is sought due to illegal contract, unconscionable contracting, forcing workers to quit their job and as well as pursuing no other employment while working on sales efforts that have no definite/discernable return on investment.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Illegal Contracting, Contracting in Bad Faith, Unilateral Contracting, Contract not conform to equitable standard of business and Uniform Commercial Code, Duty of Loyalty, Duty of Care, Unconscionable Payment System

Fraudulent Payment System - designed to disenfranchise the work while continuing profits to the organization by, sales worker cannot continue activities in labor nor service due to insufficient wage, insufficient salary amount, but Seaich Company, corporation, like Empire Today, Symmetry Financial, Patrice & Associates profits off of the sale inclusive to the continued/continuing relationship and the sales worker cannot proceed forward.

### V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/05/2023

Signature of Plaintiff
Printed Name of Plaintiff: Terrance Turner

#### B.    For Attorneys

Date of signing: 01/05/2023

Signature of Attorney
Printed Name of Attorney: Terrance Turner
Bar Number: 431170989
Name of Law Firm: Service Zero Professional Services
Street Address: ~
State and Zip Code: Reston, VA 20190
Telephone Number: (703) 348-0547
E-mail Address: SalesProfessional2022@GMail.com